UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEAN BUCCI, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Criminal No. 03-10220-JLT |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

ORDER

September 12, 2011

TAURO, J.

After considering Petitioner Sean Bucci's Objections to Magistrate's Report and Recommendations [#524], this court ACCEPTS and ADOPTS the August 3, 2011 Report and Recommendation [#522] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct His Sentence [#505] is DENIED.

Based on this court's acceptance and adoption of Magistrate Judge Bowler's report and recommendation and after consideration of both motions and Petitioner's supporting memoranda, Petitioner's Motion for Discovery [#527] and Motion for Evidentiary Hearing [#529] related to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct His Sentence are also DENIED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge